**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| CATHY ELLEN FLATT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:16-cv-00018 |
| | )   CHIEF JUDGE CRENSHAW |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Magistrate Judge Frensley has entered a lengthy Report and Recommendation (Doc. No. 15) in which he recommends that Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 12) be denied. No objections have been filed.

Having conducted the *de novo* review required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Report and Recommendation (Doc. No. 15) is hereby **ACCEPTED and APPROVED**; Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 12) is **DENIED**; and the Commissioner of Social Security's decision to deny benefits is **AFFIRMED.**

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE